Vaughn A. Crawford, Esq.
Nevada Bar No. 7665
Dawn L. Davis, Esq.
Nevada Bar No. 13329
Christian P. Ogata, Esq.
Nevada Bar No. 15612
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: vcrawford@swlaw.com
ddavis@swlaw.com
cogata@swlaw.com

*Attorneys for Defendant Ford Motor Company*

SNELL & WILMER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DOMINICK STEVEN MANZO, an individual,

Plaintiff,

vs.

FORD MOTOR COMPANY, a Delaware corporation; TYMCO, INC., a Texas corporation; DOES I through X; ROE BUSINESS ENTITIES ROES I through X,

Defendants.

Case No.: 2:26-cv-01873-GMN-MDC

**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**

**SPECIAL SCHEDULING REVIEW REQUESTED**

Plaintiff Dominick Steven Manzo ("Plaintiff") and Defendants Ford Motor Company ("Ford") and Tymco, Inc. ("Tymco," together with Plaintiff and Ford the "Parties") by and through their respective counsel, submit this Stipulated Discovery Plan and Scheduling Order as required under Federal Rule of Civil Procedure 26(f) and LR 26-1.

## I. Proposed Discovery Plan and Scheduling Order

### A. Special scheduling review requested

The parties are seeking deadlines that deviate from those set forth in LR 26-1(b) and special review is requested. Specifically, the parties seek a 270-day discovery plan from the date of the parties' Rule 26(f) conference rather than the standard 180-discovery period due to the nature of the claims and defenses in this action, and the parties' agreed-upon schedule for staggered initial

expert disclosures. Tymco, Inc. did not appear in this action until September 28, 2026, after the Parties' initial Rule 26(f) conference on August 18, 2026. Following Tymco's appearance, the Parties conferred further regarding the proposed discovery plan and scheduling order, and the Parties' Rule 26(f) conferral process was completed as of October 2, 2026. Good cause exists to measure the deadlines in this Discovery Plan and Scheduling Order from that date, rather than the Parties' original August 18, 2026 conference, given the recent appearance of an additional Defendant to this action.

This is a complex product liability case involving two different products, an incomplete cab-over-chassis and a street-sweeper modification. Plaintiff's claims arise from an incident that occurred on or about May 24, 2024. According to Plaintiff's complaint, Plaintiff was driving the Subject Vehicle on behalf of Street Clean LLC. He contends that at the conclusion of his shift, when he exited the vehicle, he fell to the ground and injured his knee. Plaintiff sued both Ford and Tymco for claims related to the design, manufacture, assembly, testing, inspection, marketing, distribution, and sale of the cab-over-chassis, and the aftermarket street-sweeper body.

Due to the complex nature of liability issues involved in this action, it is anticipated that an unusual amount of discovery, including written discovery, document production, and depositions, will be necessary in advance of Plaintiff's initial expert disclosure deadline. Moreover, Defendants must obtain Plaintiff's medical records and depose his treating physicians in order to determine the extent of Plaintiff's injuries and to evaluate whether any Independent Medical Examination is necessary. Further, extensive discovery needs to be conducted on issues related to the design and manufacture of the Subject Vehicle, and all parties and their experts will need to inspect the Subject Vehicle.

Further, there are multiple parties, some of whom reside out of state. The additional time will allow for the coordination of FRCP 30(b)(6) depositions, fact witness depositions, written discovery, and disclosure of initial and rebuttal experts.

Given the nature of those claims, the parties have agreed that Plaintiff will disclose its initial experts first, Defendants will disclose their initial experts 60 days after Plaintiff's initial expert disclosure, then both parties will disclose their rebuttal expert disclosures 60 days after Defendants'

initial expert disclosures. To accommodate that extended expert discovery schedule and the complex nature of this case, the parties request an extended discovery period.

**II. Discovery Plan**

| Item | Date |
|---|---|
| Discovery cut-off | June 29, 2027 |
| Amending pleadings and adding parties | March 31, 2027 |
| Plaintiff's initial expert disclosures | February 1, 2027 |
| Defendants' initial expert disclosures | April 2, 2027 |
| Rebuttal expert disclosures | June 1, 2027 |
| Dispositive motions | July 29, 2027 |
| Pretrial order | August 30, 2027. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order. The disclosures required by Federal Rule of Civil Procedure 26(a)(3) and any objections to them will be included in the joint pretrial order |

**III. Local Rule 26-1(b)**

1. **Alternative Dispute Resolution.** The Parties discussed the possibility of using alternative dispute-resolution processes including mediation and arbitration. The parties agree that alternate dispute resolution would not be effective at this time.

2. **Alternative Forms of Case Disposition.** The Parties discussed consent to trial by a magistrate judge under 28 USC 636(c) and FRCP 73 and the use of the Short Trial Program (General Order 2013-01) and decline to consent to using these procedures at this time.

3. **Electronic Evidence.** The Parties discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. The Parties believe that any electronic evidence to be provided or presented would be compatible with the court's electronic jury evidence display system and have not entered into any stipulations regarding electronic evidence at this time.

SNELL & WILMER

**IV. FRCP 26(f) Report**

Pursuant to Fed. R. Civ. P. 26(f), counsel for Plaintiff and counsel for Ford conferred on August 18, 2026. Following Tymco's appearance in this action, counsel for Plaintiff, Ford, and Tymco continued the Rule 26(f) conferral process, which was completed as of October 2, 2026.

**A. Initial disclosures**

Plaintiff served his initial disclosures on September 25, 2026. Ford served its initial disclosures on September 8, 2026. Tymco shall serve its initial disclosures on or before October 23, 2026, which is 21 days after the completion of the Rule 26(f) conferral process.

**B. Subjects on which discovery may be needed**

The scope of discovery shall be as set forth under FRCP 26(b)(1). The Parties do not believe limited to any particular issues at this time. As reflected below, while the parties do not believe that discovery should be conducted in phases, they have agreed to staggered initial expert disclosures.

**C. Electronically stored information.**

The parties do not anticipate any issues regarding electronically stored information at this time.

**D. Issues about claims of privilege or protection as trial-preparation materials**

None at this time.

**E. Changes in the limitations on discovery imposed**

None at this time.

**F. Any other orders that the court should issue under Rule 26(c) or Rule 16(b) and (c).**

The parties have agreed to the entry of a stipulated protective order and will file it for the court's review and signature.

**G. Extension or Modification of Discovery Plan and Scheduling Order**

LR 26-3 governs modifications or extensions of this Discovery Plan and Scheduling Order. Any stipulation or motion to extend a deadline set forth in this Discovery Plan and Scheduling Order must be made no later than 21 days before the subject deadline. Any stipulation or motion to

SNELL & WILMER

extend the Discovery Cut-Off period must be made no later than June 8, 2027, 21 days before the Discovery Cut-Off Date.

Dated: October 12, 2026

RAICH LAW PLLC

By: /s/ Todd Swift
Sagar R. Raich, Esq.
Nevada Bar No. 13229
Todd L. Swift, Esq.
Nevada Bar No. 13595
2280 E. Pama Lane
Las Vegas, NV 89119

*Attorneys for Plaintiff*

Dated: October 12, 2026

SNELL & WILMER L.L.P.

By: /s/ Christian Ogata
Vaughn A. Crawford, Esq.
Nevada Bar No. 7665
Dawn L. Davis, Esq.
Nevada Bar No. 13329
Christian P. Ogata, Esq.
Nevada Bar No. 15612
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

*Attorneys for Defendant Ford Motor Company*

Dated: October 12, 2026

OLSON CANNON GORMLEY

By: /s/ John Gormley
John E. Gormley, Esq.
Nevada Bar No. 1611
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129

*Attorneys for Defendant Tymco, Inc.*

**ORDER**

**IT IS SO ORDERED.**

Dated: 10-15-26

UNITED STATES MAGISTRATE JUDGE





SNELL & WILMER